**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Detavious Lamon Cunningham, Appellant.

Appellate Case No. 2023-001718

———

Appeal From Greenwood County
Frank R. Addy, Jr., Circuit Court Judge

———

Unpublished Opinion No. 2024-UP-305
Submitted August 28, 2024 – Filed September 4, 2024

———

**APPEAL DISMISSED**

———

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, and Detavious Lamon Cunningham, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.